# CRIMINAL COMPLAINT VICTIM

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Tiffany Celina GARCIA (DOB: 1/04/1985)<br>United States Citizen | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**<br>25-01128MJ |
| Complaint for Violation of Title 18, United States Code § 1347 (Health Care Fraud) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count One: From April 28, 2025, and continuing through at least October 20, 2025, at or near Tucson, in the District of Arizona and elsewhere, the defendant Tiffany Celina GARCIA ("GARCIA"), knowingly and willfully executed and attempted a scheme and artifice to defraud the Department of Labor, Office of Workers' Compensation Program ("DOL-OWCP"), a health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, by submitting and causing to submit false and fraudulent claims to DOL-OWCP which were paid as a result in violation of 18 U.S.C. Section 1347.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
Special Agents of the United States Postal Service, Office of Inspector General (USPS-OIG), Federal Bureau of Investigations (FBI), Department of Labor, Office of Inspector General (DOL-OIG), and Department of Homeland Security, Office of Inspector General (DHS-OIG) are currently involved in an investigation of Positive Nature Homecare LLC. (PNH) located in Tucson, Arizona. The investigation involves nurses including GARCIA employed by PNH who are writing detailed daily nursing reports and fraudulently billing the government for homecare services that are not being provided.

**\*\*\*CONTINUED ON PAGES TWO THROUGH FOUR\*\***

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Josh A.C. Ackerman<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*Sara Spane*<br>OFFICIAL TITLE & NAME:<br>SA Sara Spane, USPS-OIG |
|---|---|

Sworn to before me and subscribed via telephonically.

SIGNATURE OF MAGISTRATE JUDGE[1]   DATE   October 24, 2025

[1] See Federal Rules of Criminal Procedure Rules 3 and 54

CC: USM, AUSA, PTS                                                                                                                                                 1

**CRIMINAL COMPLAINT – VICTIM**                                       25-01128MJ
**CONTINUED (Pg. 2)**

United States of America
      vs.
Tiffany GARCIA

The Federal Employees Compensation Act (FECA) provides monetary compensation, medical care, and vocational rehabilitation to civilian employees of the United States Government who suffer personal injury or disease sustained while in the performance of an official duty. The FECA is administered by the DOL, Office of Workers' Compensation Program (OWCP). OWCP is financed by the Employees' Compensation Fund (ECF). The ECF is funded by appropriations from Congress directly or, indirectly, through a charge back system via administrative fees assessed to various federal agencies, including the USPS and the DOL.

All health care providers providing services through DOL-OWCP are required to enroll through its designated bill processing agent, Acentra Health. After enrolling with Acentra Health, providers may submit claims for payment and request pre-authorization for certain services with an assigned OWCP provider number. By completing and submitting Form OWCP-1168, the provider certifies that they have satisfied all applicable Federal and State licensure and regulatory requirements.

In order to receive reimbursement from DOL-OWCP, providers must submit "Health Insurance Claim Forms" (commonly referred to as a "HCFA-1500" by the health insurance industry) seeking payment for services rendered or equipment provided. Medical billing codes are used on the HCFA-1500. The Current Procedural Terminology (CPT) codes for the HCFA-1500 are standardized alphanumeric codes that describe particular health care services and procedures. HCFA-1500 forms may be submitted either electronically or by hard-copy.

When the bill is processed, the claimed services are verified against OWCP's accepted injury conditions to determine if a payment is warranted. The provider may be issued a check or submit banking information that is used by the Treasury Department to transmit payment data by electronic means to the vendor's account. A single payment can be for multiple patients and dates of service. A remittance voucher (RV) is always issued to the provider that explains payment.

When providers submit claims to DOL-OWCP they certify that the service for which reimbursement is sought was performed as described, necessary, appropriate and properly billed in accordance with accepted industry standards; similarly, when providers accept payments from DOL-OWCP they certify that the service for which reimbursement is sought was performed as described, necessary, appropriate and properly billed in accordance with accepted industry standards.

**Probable Cause**

A review of provider detail reports revealed that PNH's billings to the Office of Workers Compensation Program (OWCP) began in 2025. Within a month and one-half, PNH had been paid in excess of $105,000.00.

Claims data review revealed that PNH only began billing OWCP for services which started in April of 2025 for a single USPS claimant: herein referred to as "MA"

On or about July 11, 2025, The Division of Federal Employees' Compensation (DFEC) Program Integrity Unit (PIU) received a complaint filed made by MA's neighbor, herein referred to as "KS." KS stated that she has been caring for MA for the last several months after MA had surgery. She stated that MA has been residing at her (KS's) house because MA's own home has damage including mold issues in which MA has filed a homeowner's insurance claim in order to complete the repairs. KS further alleged that GARCIA never provided 12 hours of RN services in a day to MA and has only been seen on 5 to 6 occasions. The following is an excerpt from KS's complaint: "To be clear, MA has resided full-time with my husband and I in our current home. MA is generally independent in most things. She came home from rehab on February 13, 2025, fully able to use a walker and wheelchair on her own. She could transfer on her own, and she could dress, bathe, and feed herself. I prepare her meals, do her laundry, take her to all her doctor's and physical therapy appointments, leg or other health related appointments, and provide general company and care. Tiffany GARCIA has never provided one iota of nursing or care for MA."

On July 30, 2025, SA Spane and PFA White interviewed MA and KS who confirmed the above information. In addition to the complaint provided by KS, during the interview she added that GARCIA hired a nurse named "Lacrecia" to visit MA. KS told Lacrecia that they repeatedly told GARCIA they are not in need of nursing care for MA at this time, Lacrecia related that GARCIA asked her to log 10 hours for MA when she had not provided care for that time. Lacrecia said she did not feel comfortable and quit working for GARCIA as a result.

On August 8, 20025, An undercover interview was conducted between KS, MA and GARCIA. GARCIA advised she had just returned from a nine-day trip to Oregon for her son's baseball tournament.

For the nine days that GARCIA was in Oregon, OWCP records show that between the dates of July 23, 2025 through August 2, 2025, GARCIA submitted nursing reports for MA for services purportedly rendered on July 23, 2025; July 24, 2025 (the day her son's team lost to the Alaska-based Little League team which she stated she attended); July 26, 2025; July 27, 2025; July 28, 2025; July 31, 2025; August 1, 2025; and August 2, 2025. According to MA and KS, none of these in-home health care visits were made.

From September 8, 2025, through September 11, 2025, members of this investigative team conducted surveillance operations on GARCIA. At no time during the four-day surveillance operation did agents witness GARCIA driving to or near Casa Grande, AZ, where MA lives. GARCIA was not seen providing any type of healthcare or nursing service to anyone, including GARCIA. GARCIA was observed at the PNH office location in Tucson, AZ from 8:30am to 4:30pm on these dates. Nevertheless, GARCIA submitted nursing notes for billing for GARCIA for each day from September 8, 2025, through September 11, 2025. GARCIA wrote fraudulent nursing reports claiming she and provided in home nursing services to MA for all of these dates.

A review of PNHC's billing pattern reflects that PNHC is billing for MA a total of 12 hours per day through the use of billing code S9123.  Code S9123 is billed for nursing care, in the home, performed by a registered nurse, per hour.  Each hour is billed with one unit and 12 hours is billed with 12 units of S9123.  PNH's billings, for 12 hours per day for MA, appear to occur every single day and begin on April 28. 2025, for approximately $1,548.00 per day.  PNHC continues to bill for daily nursing services, which were purportedly rendered to MA, through at least October 14, 2025. PNHC has fraudulently billed a total of 170 dates of service for MA and has been paid a total of or about $263,202.00.  Based on this investigation none of these services were legitimately rendered.  Additionally, PNHC has numerous additional billings for MA which are still processing for payment within the claims system. These dates of service include every day from October 15, 2025, through October 20, 2025.  These billings total an additional amount in excess of $9,288.00.  Typically, when PNHC submits electronic bills to OWCP for MA, they attach an electronic file.  This file is a nursing shift report, which typically contains 6 pages of nursing notes and medical observations documenting services purportedly rendered on that date.  The nurse who purportedly rendered the services electronically signs this report.  GARCIA is the nurse who has signed the majority of these reports.

Geolocation data from a Ping warrant of GARCIA'S cellular phone confirmed GARCIA was not at or near MA's home for the dates GARCIA wrote these fraudulent nurse reports.

On October 22, 2025, agents conducted a voluntary interview with GARCIA. GARCIA confirmed she did not provide nursing services to MA and wrote daily fraudulent nurse reports and knew that the hours she listed on the fraudulent reports would be billed the government. GARCIA stated, "I did, I charted, I knew I wasn't there."

4